NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEAR IMAGING RESEARCH LLC,**

*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**

*Defendant-Appellee*

---

2026-1485

---

Appeal from the United States District Court for the Southern District of California in No. 3:25-cv-00221-GPC-BLM, Judge Gonzalo P. Curiel.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 22, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 22, 2026